UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEAR RECON CORP., BANK OF AMERICA, N.A., STEWART TITLE,<br><br>　　　　Defendants. | No.  2:15-cv-00968 TLN AC<br><br>ORDER TO SHOW CAUSE |

　　　　On June 23, 2016, defendant Bank of America, N.A. filed a Motion to Dismiss plaintiff's Second Amended Complaint, noticed for hearing on August 3, 2016 before the undersigned.  ECF No. 42.  Defendant Clear Recon Corp. joined in the Motion on June 29, 2016.  ECF No.  43.

　　　　Local Rule 230(c) requires that "[o]pposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date.  A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question."  Plaintiff's awareness of the general procedure for opposition is demonstrated by his previous filing of an Opposition to a previous motion to dismiss, ECF No. 27.  However, plaintiff has filed neither an Opposition nor a Statement of Non-Opposition in response to the present motion.

////

1 The hearing scheduled for August 3, 2016 is therefore cancelled.  Plaintiff is ordered to
2 show cause in writing, within fourteen (14) days of service of this order, why his Complaint
3 should not be dismissed with prejudice for failing to follow Local Rule 230(c) and/or for Failure
4 to Prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

DATED:  July 28, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE