UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON, | No. 2:15-cv-00968 TLN AC |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CLEAR RECON CORP., BANK OF AMERICA, N.A., STEWART TITLE, | |
| Defendants. | |

PROCEDURAL BACKGROUND

Plaintiff filed the complaint in this matter on April 30, 2015, ECF No. 1, and a First Amended Complaint on August 24, 2015. ECF No. 6. Plaintiff is proceeding in *pro se*. Defendant Clear Recon Corp. filed a Motion to Dismiss the First Amended Complaint on December 16, 2015, ECF No. 13, and Defendant Bank of America, N.A. filed a Motion to Dismiss on December 29, 2015. ECF 19. Plaintiff filed an Opposition to the Motions on January 19, 2016, ECF No. 26, but failed to appear at the hearing held on the Motions on February 10, 2016. ECF No. 29. This court filed Findings and Recommendations that the Complaint should be dismissed as to both defendants with leave to amend. ECF No. 30. The district court adopted the Findings and Recommendations in an Order dated April 1, 2016, and granted plaintiff 30 days to file an Amended Complaint. ECF No. 33.

1

1       On May 10, 2016, no Amended Complaint having been filed in response to the district
2  court's order, the Bank of America, N.A. moved to dismiss the complaint for failure to prosecute
3  and for failing to comply with the district court's order, ECF No. 34, and Clear Recon Corp. filed
4  a Joinder in that motion on May 11, 2016.  ECF No. 35.  Plaintiff filed a Motion to Vacate the
5  district court's order on May 23, 2015, ECF No. 36, and an Opposition to the Motion to Dismiss
6  on June 16, 2016, ECF No. 37.  This court construed the plaintiff's Motion to Vacate as a Motion
7  to File and to deem timely the Second Amended Complaint appended thereto, ECF No. 40, and
8  that Complaint was filed by the Clerk of the Court on the same date pursuant to the court's order.
9  ECF No. 41.
10       On June 23, 2016, Bank of America filed a Motion to Dismiss, ECF No. 42, which was
11  joined by Clear Recon Corp. on June 29, 2016.  ECF No. 43.  The court set the matter for hearing
12  on August 3, 2016, which would have made the Plaintiff's Opposition, or Statement of Non-
13  Opposition, due on July 20, 2015 under Eastern District of California No. 230(c).  Plaintiff failed
14  to Oppose these Motions.  On July 28, 2016, this court issued an Order to Show Cause directing
15  the plaintiff to demonstrate in writing why the complaint should not be dismissed with prejudice
16  for failure to prosecute, and to file that response within 14 days of the issuance of the Order, or by
17  August 11, 2016; the hearing date was vacated.  ECF No. 45.  Plaintiff failed to respond to the
18  Order to Show Cause.

19                                              CONCLUSION

20       No Response to the Order having been received, this court finds that the plaintiff has
21  failed to prosecute the action and has repeatedly failed to obey court orders.  It is accordingly
22  recommended that this matter be dismissed with prejudice.
23       These findings are recommendations are submitted to the United States District Judge
24  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within thirty (30) days
25  after the service of this Order any party may file written objections and serve a copy on all
26  parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and
27  Recommendations."  Any reply should be served and filed within fourteen (14) days after service
28  of the objections.  The parties are advised that failure to file objections within the specified time

may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 12, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE